UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY LYNCH,                                          CIVIL ACTION NO. 1:24-cv-00043

        Plaintiff,

v.

TREK BICYCLE CORPORATION, and
SHIMANO NORTH AMERICAN HOLDING, INC.

        Defendants.

---

### **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to FRCP 15(a)(2) and RIDC Local Rules 7 and 15, Plaintiff now moves this Honorable Court for leave to amend its Complaint to add Shimano, Inc. as a defendant in this matter. In further support of this motion, Plaintiff states as follows:

1. This product liability action was instituted by Plaintiff for damages that arise from serious impalement and laceration bodily injuries which were caused by a defective Shimano ST-EF500 brake lever on a Trek Verve 1 bicycle.

2. Defendant, Shimano North America Holding, Inc. ("Shimano US") has a principal place of business in Irvine, California.

3. Shimano US's answers to interrogatories have revealed that another related foreign corporation - Shimano, Inc. - manufactured and designed the subject Shimano ST-EF500 brakes at issue in this matter. See Shimano's Answers to Interrogatories in this matter, at **Exhibit 1**.

4. Shimano US is a subsidiary of Shimano, Inc. Id.

5. Upon information and belief, Shimano, Inc. has a principal place of business in Sakai City, Osaka, Japan.

6. Plaintiff now moves to amend its Complaint to add Shimano, Inc. as a defendant and to add Counts 17 to 24 against that entity.

7. Plaintiff will also:

   a. Correct the name of Defendant, Shimano North America, Inc. in the caption.;[1]

   b. Correct the numbered counts, as Count 16 in the original Complaint was incorrectly labelled as Count 17;

   c. Remove the reference to "loss of consortium" as contained in the Prayer for Relief;

   d. Amend the name of the subject bicycle to a "Trek Verve 1" model; and

   e. Amend the name of the subject bicycle brakes to a "Shimano ST-EF500" model brakes.

8. Apart from amendments before trial as a matter of course pursuant to FRCP 15(a)(1), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." See FRCP 15(a)(2).

9. "When a motion to amend is properly made before entry of judgment, the district court is to evaluate that motion under the 'liberal standard of Fed.R.Civ.P. 15(a).'" U.S. ex rel. Ge v. Takeda Pharm. Co., 737 F.3d 116, 127 (1st Cir. 2013), quoting Palmer v. Champion Mortg., 465 F.3d 24, 30 (1st Cir.2006). "Amendments may be permitted pre-judgment, even after a dismissal for failure to state a claim, and leave to amend is 'freely given when justice so requires.'" Id., quoting FRCP 15(a).

10. The parties have exchanged written discovery and have scheduled multiple depositions to be taken in February 2025.

11. No party will be prejudiced by this amendment to the pleadings.

12. A copy of Plaintiff's proposed First Amended Complaint is attached at **Exhibit 2**.

---

[1] From "Defendant, Shimano North American, Incorporated."

WHEREFORE, Plaintiff, Timothy Lynch, respectfully requests that this Honorable Court allow Plaintiff's Motion for Leave to Amend Complain and enter Plaintiff's First Amended Complaint as attached at **Exhibit 2**.

Dated: January 16, 2025

Respectfully submitted,
Plaintiff,
Timothy Lynch,
By his attorneys,


/s/ *Adam J. Combies*
Adam J. Combies
COMBIES HANSON, P.C.
12 Ericsson Street, Suite 201
Boston, MA 02122
T: (617) 556-9964
F: (617) 977-9705
acombies@combieshanson.com

and,

*/s/ Jonathan P. Michaud*
Jonathan P. Michaud, Esq.
Michaud Law LLC
88 Broad Street, Ste. 101
Boston, MA 02110
Tel : (617) 528-9701
Fax : (857) 214-4245
jpm@michaudlawllc.com


## CERTIFICATE OF SERVICE

I, Jonathan P. Michaud, hereby certify that on January 16, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on all CM/ECF counsel of record registrants.

*/s/Jonathan P. Michaud*
Jonathan P. Michaud