UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TIMOTHY LYNCH
    *Plaintiff*

        v.

TREK BICYCLE COPORATION and
SHIMANO NORTH AMERICAN
HOLDING, INCORPORATED
    *Defendants*

Case No. 1:24-CV-00043-JJM-LDA

### DEFENDANT SHIMANO NORTH AMERICA HOLDING, INC.'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rule of Civil Procedure, Defendant, Shimano North America Holding, Inc. ("Defendant" and/or "SNAH") responds to Plaintiff, Timothy Lynch's ("Plaintiff"), First Set of Interrogatories as follows:

### INTRODUCTION

These interrogatory answers represent the state of SNAH's knowledge as of the date hereof. SNAH's investigation, however, is continuing and discovery is ongoing. SNAH expressly reserves the right to supplement, alter, and/or amend its answers. SNAH reserves all objections as to the admissibility at trial of any of the information provided herein. The provision of any information provided herein does not constitute an admission by SNAH that such information is relevant to the claims and/or defenses in the pending litigation. SNAH also reserves the right to object to further inquiry with regard to any subject matter. SNAH's answers are based on SNAH's reasonable, good-faith investigation into the subject matter of this dispute.

### GENERAL OBJECTIONS

These General Objections are incorporated into each specific objection. If a particular general objection is referenced in a specific objection, such reference is not to be construed as a

8.  Was the product manufactured and/or designed by the Defendant? If NO, please state which company(s) manufactured and designed the product.

**ANSWER NO. 8:**    Objection. Defendant objects as the interrogatory seeks irrelevant information, is unduly burdensome, and is overbroad. The interrogatory is also not proportionate to the needs of the case. The term "the product" is vague and undefined to which Defendant is unable to respond. Without waiving this objection, the ST-EF500 brake lever was neither designed nor manufactured by SNAH. The brake lever was designed and manufactured by Shimano, Inc.

## VERIFICATION

The within defendant, a corporation, has utilized information obtained by it and by its attorneys from numerous sources including information obtained from employees and other individuals with relevant knowledge to answer these interrogatories. These answers, therefore, do not represent the personal knowledge of the individual executing the certification. The above answers are based on inquiry of our agents and employees who advise me accordingly.

Subject to the terms of the above stated, the undersigned hereby certifies that the foregoing statements are true to the best of my knowledge and belief as agent of the corporation, based upon the information supplied to me on behalf of the corporation, as is available to the corporation.

_____
Koichi Tanaka, Claims Manager
Shimano North America Holding, Inc.

STATE OF _California_
COUNTY OF _Orange_

In _Irvine, California_ on this _12th_ day of _September_, 2024, before me personally appeared Koichi Tanaka to me known and known by me to be the party executing the foregoing instrument, as the duly authorized agent of the defendant corporation, by him executed before me, which he acknowledged to be free act and deed, as the duly authorized agent of the above named corporation.

_____
Notary Public
My commission expires:    1/25/25

SHARON LOUISE CALICDAN
COMM. #2343329
Notary Public · California
Orange County
My Comm. Expires Jan. 25, 2025

9