UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

TIMOTHY LYNCH,

      Plaintiff,

  v.

TREK BICYCLE CORPORATION, SHIMANO
NORTH AMERICA HOLDING, INC.,
and SHIMANO, INC.

      Defendant.

Case: 1:24-CV-00043-JJM

---

**STIPULATION OF DISMISSAL**

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Timothy Lynch, Defendant Trek Bicycle Corporation, and Defendants Shimano North America Holding, Incorporated and Shimano, Incorporated, stipulate that Plaintiff's claims in this matter against Defendants Trek Bicycle Corporation, Shimano North America Holding, Incorporated and Shimano, Incorporated are dismissed with prejudice, without costs, expenses, and attorneys' fees, and all rights of appeal being waived.

PLAINTIFF
TIMOTHY LYNCH,

By his Attorneys,


*/s/ Adam J. Combies*
Adam J. Combies
acombies@combieshanson.com
COMBIES HANSON, P.C.
12 Ericsson Street, Suite 201
Boston, MA 02122
Tel: (617) 556-9964

DEFENDANT
TREK BICYCLE CORPORATION,

By its attorneys,


*/s/ Nicole J. Benjamin*
Nicole J. Benjamin (#7540)
nbenjamin@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, Rhode Island 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

*/s/ Jonathan P. Michaud*
Jonathan P. Michaud
Michaud Law LLC
88 Broad Street, Suite 101
Boston, MA 02110
t - (617) 997-0472
jpm@michaudlawllc.com

and

David J. Turek (pro hac vice)
GASS TUREK LLC
241 North Broadway, Suite 300
Milwaukee, Wisconsin 53202
(414) 223-3300 – phone
(414) 224-6116 – facsimile
turek@gassturek.com

DEFENDANTS
SHIMANO NORTH AMERICA
HOLDING, INC. and
SHIMANO, INCORPORATED

By its attorneys,

*/s/ James A. Ruggieri*
James A. Ruggieri, Esq. (#2828)
10 Dorrance Street, Suite 400
Providence, RI 02903
(401) 272-3500
jruggieri@hcc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, a true copy of the within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.

/s/ Nicole J. Benjamin

4906-8501-4327, v. 1

2